No. 730. COSMAN *v.* UNITED STATES.

Decided February 7, 1938. *Per Curiam:* The motion for leave to proceed *in forma pauperis* is

618

granted. The petition for writ of certiorari is also granted, and the judgment is reversed. *Frad* v. *Kelly,* 302 U. S. 312. *Mr. Myron G. Ehrlich* for petitioner. No appearance for the United States.